JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIBIA K.,[1] | Case No. 2:25-cv-00293-MAA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FRANK BISIGNANO,[2] Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Decision and Order Reversing Decision of the Commissioner and Remanding for Further Administrative Proceedings filed herewith,

///

///

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Frank Bisignano became Commissioner of Social Security on May 6, 2025. Under Federal Rule of Civil Procedure 25(d), he is automatically substituted for Carolyn Colvin as Defendant in this suit.

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further proceedings.

DATED: March 25, 2026

_____

HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

2