# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIBIA YALA KANU, | ) Case No.: 2:25-cv-00293-MAA |
| Plaintiff, | ) <br> ) {PROPOSED} ORDER AWARDING <br> ) EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES <br> ) PURSUANT TO 28 U.S.C. § 2412(d) |
| FRANK BISIGNANO, <br> Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28 <br> ) U.S.C. §§ 1920; 2412 |
| Defendant | ) <br> ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $7,700.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. §§ 1920; 2412, be awarded subject to the terms of the Stipulation.

DATE:  May 5, 2026

/s/
THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

-1-